UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ALFONSO D. RUIZ, et al.,

        Plaintiffs,

-against-

A.W. CHESTERTON COMPANY, et al.,

        Defendants.
----------------------------------------X

JUDGMENT
04-CV-2904 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 3 2007 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on May 1, 2007, dismissing the case for failure to prosecute; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the case is dismissed for failure to prosecute.

Dated: Brooklyn, New York
      May 02, 2007

                                          s/Robert C. Heinemann

                                          ROBERT C. HEINEMANN
                                          Clerk of Court